IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PAULA VIELLE, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., and JOHN DOES 1-5, <br><br> Defendants. | CV 18-123-M-DLC-JCL <br><br> ORDER |

Pursuant to the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

DATED this 9th day of April, 2019

_____
Jeremiah C. Lynch
United States Magistrate Judge